*Nicholas J. Chase* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 708. SINGER ET AL. *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John W. Cragun* and *William Stanley* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 712. KELLEY *v.* AMERICAN SUGAR REFINING Co. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Patrick Henry Kelley* and *Daniel J. Lyne* for petitioner. *Messrs. John L. Hall* and *Richard Wait* for respondent.

No. 715. DIXIE MARGARINE Co. *v.* SHAEFER, FORMERLY DEPUTY COLLECTOR OF INTERNAL REVENUE. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George N. Murdock* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Robert L. Stern* for respondent.

No. 719. JAFFE *v.* FEDERAL TRADE COMMISSION. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin F. Morrison* for petitioner. *Solicitor General*